UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MERIT CAPITAL GROUP, LLC,

                        Plaintiff,                        Case No.:

      -against-

                                                **Rule 7.1 Statement**

TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC,
EVAN R. DANIELS, and ROBERT E. GYEMANT,

                        Defendants.
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Merit Capital Group, LLC (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE


Date: September 28, 2004                                              _____
                                                               Marc R. Rosen (MR-9844)


Form Rule 7_1.pdf