UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERIT CAPITAL GROUP, LLC,

    Plaintiff,

  - against -

TRIO INDUSTRIES MANAGEMENT, LLC, TRIO INDUSTRIES HOLDINGS, LLC, EVAN R. DANIELS, and ROBERT E. GYEMANT,

    Defendants.

04 Civ. 7690 (RCC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-04

**RICHARD CONWAY CASEY, United States District Court Judge:**

  **WHEREAS**, Merit Capital Group, LLC ("Plaintiff") requests to be heard in connection with the Court's denial of Plaintiff's request for an ex parte temporary restraining order and preliminary injunction by way of order to show cause;

  It is **ORDERED** that the previously scheduled December 17, 2004 status conference is rescheduled to October 15, 2004 at 1:00 PM in Courtroom 14C.

So Ordered: New York, New York
      October 4, 2004

                    /s/ Richard Conway Casey
                    _____
                    Richard Conway Casey, U.S.D.J.