Form 10 - AFFIDAVIT OF MAILING ONLY

GERSTEIN SAVAGE KAPLOWITZ
ATTN:

UNITED STATES SOUTHERN DIST. COURT     NEW YORK COUNTY
-------------------------------------------------------

MERIT CAPITAL GROUP, LLC                    plaintiff

                - against -

TRIO INDUSTRIES MANAGEMENT, LLC             defendant
ET AL
-------------------------------------------------------   :SS:
       STATE OF NEW YORK, COUNTY OF NEW YORK

Index No. 04-CV-07690

Date Filed ............

Office No.

Court Date: 10/15/2004

JOEL GOLUB       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York. That on the 7th day of October, 2004 at a regular postal depository maintained by the United States at Church Street Station, New York, New York, deponent mailed the copy of

SUMMONS AND COMPLAINT
ORDER TO SHOW CAUSE WITH AFFIDAVIT AND EXHIBITS
WITH TEMPORARY RESTRAINING ORDER
TWO ORDERS AND MEMORANDUM OF LAW

to  EVAN R. DANIELS
the DEFENDANT at %TRIO INDUSTRIES HOLDINGS,LLC 8411
         PRESTON RD,STE 850,DALLAS TX 75225

Copy mailed by 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.
AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED

Sworn to before me this
7th day of October, 20041

SAMSON NEWMAN
Notary Public, State of New York
    No.31-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2005

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No. 9GSKWM797866