GERSTEIN SAVAGE KAPLOWITZ

COURT DATE: 10/15/04

No. 04-CV-07690

MERIT CAPITAL GROUP, LLC

VS

TRIO INDUSTRIES MANAGEMENT, LLC, ETAL

Before me, the undersigned authority, on this day personally appeared _____
__J.W. GRANDSTAFF_____ of Dallas County, Texas, who after being by me duly sworn, does depose and say,

I am a private process server, over the age of 21 years and reside in Dallas County, Texas. I am authorized under the laws of the State of Texas to make service of Civil Process.

I made personal service of the __SUMMONS AND COMPLAINT, ORDER TO SHOW CAUSE WITH__ ~~OF~~ __AFFIDAVIT AND EXHIBITS WITH TEMPORARY RESTRAINING ORDER, TWO ORDERS__

__AND MEMORANDUM OF LAW.__
__SERVICE MADE ON 10-7-04 AT 10:30 AM. AT 8411 PRESTON RD. DALLAS, DALLAS__
__COUNTY, TEXAS__
in the above entitled proceeding on the person named below, whom I knew to be the person mentioned, by delivering to the within named __EVAN R. DANIELS, BY DELIVERING TO__
__DAVID MCLANE, GENERAL COUNSEL/C/W/M-WHITE-HAIR GREY-AGE,50-55,HT.6'1,__
__WT.185, MUSTACHE.__

Grandstaff Civil Process Co.
Dallas County, Texas

By: _____

Subscribed and sworn to before me this __7__ day of __OCTOBER__ A.D. __2004__

FEES:
Service Fee .................. $ _____
County Clerk's Certificate   _____
Notary Fee ..................... _____

TOTAL FEE ............... $ _____

Notary Public in and for Dallas County, Texas. My commission expires:

REF NO: 9GSKWM797866



ANITA G. WILLIAMS
Notary Public. State of Texas
My Commission Expires
05-18-2005