Form 10 - AFFIDAVIT OF MAILING ONLY
GERSTEIN SAVAGE KAPLOWITZ
ATTN:
UNITED STATES SOUTHERN DIST. COURT        NEW YORK COUNTY
--------------------------------------------------
                                                    Index No. 04-CV-07690
MERIT CAPITAL GROUP, LLC            plaintiff
                                                    Date Filed ............

            - against -
                                                    Office No.

TRIO INDUSTRIES MANAGEMENT, LLC      defendant      Court Date: 10/15/2004
ET AL
--------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

JOEL GOLUB         being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action and reside in the State
of New York. That on the 7th  day of October, 2004  at a regular postal
depository maintained by the United States at Church Street Station,
New York, New York,  deponent mailed the copy of

    SUMMONS AND COMPLAINT
    ORDER TO SHOW CAUSE WITH AFFIDAVIT AND EXHIBITS
    WITH TEMPORARY RESTRAINING ORDER
    TWO ORDERS AND MEMORANDUM OF LAW

to  ROBERT G. GYEMANT
the DEFENDANT at %TRIO INDUSTRIES HOLDINGS,LLC 8411
              PRESTON RD,STE 850,DALLAS TX 75225

Copy mailed by 1st class mail marked personal & confidential not indicating
on the outside thereof, by return address or otherwise that said notice is
from an attorney or concerns an action against the person to be served.
AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED


Sworn to before me this
7th  day of October, 20041
                                            JOEL GOLUB   701893
SAMSON NEWMAN                               AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York            225 BROADWAY, SUITE 1802
  No.31-4783767                             NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                Reference No. 9GSKWM797867
Commission Expires 11/03/2005