GERSTEIN SAVAGE KAPLOWITZ

IRT   DATE: 10/15/04

04-CV-07690

US DISTRICT CT   SOUTHERN DISTRICT NY

MERIT CAPITAL GROUP, LLC

VS

TRIO INDUSTRIES MANAGEMENT, LLC, ETAL

Before me, the undersigned authority, on this day personally appeared __
J.W. GRANDSTAFF_____ of Dallas County, Texas, who after being by
does depose and say,

I am a private process server, over the age of 21 years and reside in Dallas County, Texas
I am authorized under the laws of the State of Texas to make service of Civil Process.

I made personal service of the SUMMONS AND COMPLAINT, ORDER TO SHOW CAUSE WITH
~~OR~~ AFFIDAVIT AND EXHIBITS WITH TEMPORARY RESTRAINING ORDER, TWO ORDERS
AND MEMORANDUM OF LAW.
SERVICE MADE ON 10-7-04 AT 10:30 AM. AT 8411 PRESTON RD. DALLAS, DALLAS
COUNTY, TEXAS
in the above entitled proceeding on the person named below, whom I knew to be the person
mentioned, by delivering to the within named ROBERT G. GYEMANT BY DELIVERING TO
DAVID MCLANE, GENERAL COUNSEL./C-W  W/M-WHITE-HAIR GREY-AGE 50-55-HT. 6'1
WT. !85-MUSTACHE

Grandstaff Civil Process Co.
Dallas County, Texas

By: _____

Subscribed and sworn to before me this __7__ day of _OCTOBER_____ A.D. 20 04 ___.

FEES:
Service Fee ............... $ _____
County Clerk's Certificate   _____
Notary Fee ............... _____

TOTAL FEE ............... $ _____

Notary Public in and for Dallas County,
Texas. My commission expires:

REF NO: 9GSKWM797867

ANITA G. WILLIAMS
Notary Public. State of Texas
My Commission Expires
05-18-2005