GERSTEIN SAVAGE KAPLOWITZ
COURT DATE: 10/15/04

US DISTRICT CT  SOUTHERN DISTRICT NY          No. 04-CV-07690
MERIT CAPITAL GROUP, LLC

   VS

TRIO INDUSTRIES MANAGEMENT, LLC, ETAL


Before me, the undersigned authority, on this day personally appeared _____
__J.W. GRANDSTAFF_____ of Dallas County, Texas, who after being by me duly sworn,
does depose and say,

I am a private process server, over the age of 21 years and reside in Dallas County, Texas
I am authorized under the laws of the State of Texas to make service of Civil Process.

I made personal service of the SUMMONS AND COMPLAINT, ORDER TO SHOW CAUSE WITH
~~OK~~ AFFIDAVIT AND EXHIBITS WITH TEMPORARY RESTRAINING ORDER, TWO ORDERS
AND MEMORANDUM OF LAW.
SERVICE MADE ON 10-7-04 AT 10:30 AM. AT 8411 PRESTON RD. DALLAS, DALLAS
COUNTY, TEXAS
in the above entitled proceeding on the person named below, whom I knew to be the person
mentioned, by delivering to the within named TRIO INDUSTRIES MANAGEMENT LLC
BY DELIVERING DAVID MCLANE, GEN.CONS. W/M-WHITE-HAIR GREY-AGE 50-55-HT. 6'1
WT. !85-MUSTACHE

                Grandstaff Civil Process Co.
                Dallas County, Texas

                By: _____

Subscribed and sworn to before me this __7__ day of OCTOBER  A.D. 20<sup>04</sup>

FEES:
Service Fee .................... $ _____
County Clerk's Certificate  _____  Notary Public in and for Dallas County,
Notary Fee ....................  _____  Texas. My commission expires:

TOTAL FEE ................ $ _____

                REF NO: 9GSKWM797864



ANITA G. WILLIAMS
Notary Public, State of Texas
My Commission Expires
05-18-2005