UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MERIT CAPITAL GROUP, LLC,                   :
                                            :
                    Plaintiff,              :   Case No. 04 Civ. 7690 (RCC)
                                            :
    -against-                               :   Judge Casey
                                            :
TRIO INDUSTRIES MANAGEMENT, LLC,            :
TRIO INDUSTRIES HOLDINGS, LLC,              :
EVAN R. DANIELS, and ROBERT E. GYEMANT,     :
                                            :
                    Defendants.             :
------------------------------------------------------------x

## STATEMENT UNDER RULE 7.1

Pursuant to Rule 7.1, Defendants Trio Industries Management, LLC and Trio Industries Holdings, LLC submit the following information:

**Trio Industries Management, LLC**

　　Parent: None
　　Publicly held company owning 10% or more of its membership interests: None

**Trio Industries Holdings, LLC**

　　Parent: Trio Industries Management, LLC
　　Publicly held company owning 10% or more of its membership interests: None

Dated: New York, New York
　　　　October 27, 2004

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MINTZ & GOLD LLP

　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Steven G. Mintz
　　　　　　　　　　　　　　　　　　　444 Park Avenue South
　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　(212) 696-4848