AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

Merit Captial Group, LLC

v.

Trio Industries Management, LLC, et al.

**APPEARANCE**

Case Number: 04 Civ. 7690 (RCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Trio Industries Management, LLC, Trio Industries Holdings, LLC, Evan R. Daniels and Robert E. Gyemant

I certify that I am admitted to practice in this court.

October 27, 2004
Date

Signature

Steven G. Mintz    SM 5428
Print Name         Bar Number

Mintz & Gold LLP 444 Park Avenue South
Address

New York      New York      10016
City          State         Zip Code

(212) 696-4848          (212) 696-1231
Phone Number           Fax Number