Exhibit E



**Print - Close Window**

**Subject:** merit loan

**Date:** Thu, 15 Jul 2004 15:19:16 -0500

**From:** "Rob Gyemant" <rgyemant@trioindustries.net>

**To:** hmbmerit@hotmail.com, hbloch@meritcapital.us

**CC:** "Pierce Marshall" <pmarshall@trioindustries.net>, "David Mclane" <dmclane@trioindustries.net>, "David Smith" <dsmith@trioindustries.net>

Harvey- it seems that only Merit, Robin Evan and I are still open. John Wenturine paid off all the rest of the participants, and we're paying him off outside the "MeritLoan" by separate agreement. So, the only parts open that we think the fiduciary ought to be involved with is you guys and them. *I expect to make a partial payment next week to you and to Rubin. We would expect to pay off the balance by September 30. Rob*