UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERIT CAPITAL GROUP, LLC,

                Plaintiff,

                                            Case No. 04 Civ. 7690 (RCC)

    -against-

TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC,
EVAN R. DANIELS, and ROBERT E. GYEMANT,

                Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On December 1, 2004, I caused Plaintiff's Reply Affidavit of Harvey Bloch in Further Support of Plaintiff's Motion for Injunctive Relief sworn to on November 29, 2004, and attached exhibits, and Plaintiff's Reply Memorandum in Further Support of Plaintiff's Motion for Injunctive Relief dated November 30, 2004, to be served on Steven G. Mintz, Esq., Mintz & Gold LLP, Attorneys for Defendants, 444 Park Avenue South, New York, NY 10016, by overnight mail delivery.

Dated: December 1, 2004

                                                                               Marc R. Rosen (MR-9844)
                                                                               Attorney for Plaintiff