UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MERIT CAPITAL GROUP, LLC,

                Plaintiff,

   -against-

                                          Case No. 04 Civ. 7690 (RCC)

TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC,
EVAN R. DANIELS, and ROBERT E. GYEMANT,

                Defendants.
-------------------------------------------------------------------X
TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC,

                Third Party Plaintiffs,

   -against-

HARVEY M. BLOCH, ALFRED SALAZAR
and THOMAS J. MANCUSO,

                Third Party Defendants.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        On December 1, 2004, I caused Plaintiff's Reply to Defendants' Counterclaims dated November 30, 2004, and Third-Party Defendants' Answer to the Third-Party Complaint dated November 30, 2004, to be served on Steven G. Mintz, Esq., Mintz & Gold LLP, Attorneys for Defendants, 444 Park Avenue South, New York, NY 10016, by overnight mail delivery.

Dated: December 1, 2004

                                                            _/s/ Marc Rosen_____
                                                            Marc R. Rosen (MR-9844)
                                                            Attorney for Plaintiff and Third-Party
                                                            Defendants Harvey Bloch and Alfred Salazar