

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MERIT CAPITAL GROUP, LLC,            :
                                     :
                Plaintiff,           :   Case No. 04 Civ. 7690 (RCC)
                                     :
    - against -                      :
                                     :
TRIO INDUSTRIES MANAGEMENT,          :
LLC, TRIO INDUSTRIES HOLDINGS,       :
LLC, EVAN R. DANIELS, and ROBERT     :   **STIPULATION AND ORDER OF**
E. GYEMANT,                          :   **WITHDRAWAL AND**
                                     :   **SUBSTITUTION OF COUNSEL**
                Defendants.          :
------------------------------------X
TRIO INDUSTRIES MANAGEMENT,          :
LLC and TRIO INDUSTRIES HOLDINGS,    :
LLC,                                 :
                                     :
                Third Party Plaintiffs, :
                                     :
    - against -                      :
                                     :
HARVEY M. BLOCH, ALFRED              :
SALAZAR and THOMAS J. MANCUSO,       :
                                     :
                Third Party          :
                Defendants.          :
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-05
```

IT IS HEREBY STIPULATED that, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York and the attached Consent to Change Attorney, Shustak Jalil & Heller, 400 Park Avenue, New York, New York 10022 is hereby substituted for Mintz & Gold, 470 Park Avenue South, New York, New York 10016, in this action as attorneys for defendants Trio Industries Management, LLC, Trio Industries Holdings, LLC, Evan R. Daniels, and Robert E. Gyemant.

Dated: February __3__, 2005

                                   **SHUSTAK JALIL & HELLER**

By: _____
      James P. Jalil
400 Park Avenue, 14th Floor
New York, New York  10022
(212) 688-5900

**MINTZ & GOLD, LLP**

By: _____
      Steven G. Mintz    (SM 5428)
470 Park Avenue South
New York, New York 10016
(212) 696-4848

SO ORDERED:

_Richard Crowley_ (signature)
_____
U.S.D.J.      February 7, 2005

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MERIT CAPITAL GROUP, LLC,                  :
                                           :
            Plaintiff,                     :   Case No. 04 Civ. 7690 (RCC)
                                           :
   - against -                             :
                                           :
TRIO INDUSTRIES MANAGEMENT,                :
LLC, TRIO INDUSTRIES HOLDINGS,             :
LLC, EVAN R. DANIELS, and ROBERT           :
E. GYEMANT,                                :   **CONSENT TO**
                                           :   **CHANGE ATTORNEY**
            Defendants.                    :
---------------------------------X
TRIO INDUSTRIES MANAGEMENT,                :
LLC and TRIO INDUSTRIES HOLDINGS,          :
LLC,                                       :
                                           :
            Third Party Plaintiffs,        :
                                           :
   - against -                             :
                                           :
HARVEY M. BLOCH, ALFRED                    :
SALAZAR and THOMAS J. MANCUSO,             :
                                           :
            Third Party                    :
            Defendants.                    :
---------------------------------X

IT IS HEREBY STIPULATED THAT, Shustak Jalil & Heller be substituted as attorneys of record for defendants Trio Industries Management, LLC, Trio Industries Holdings, LLC, Evan R. Daniels and Robert E. Gyemant in this action in place of Mintz & Gold LLP.

Dated: February _1_, 2005

                                    TRIO INDUSTRIES MANAGEMENT, LLC

                                    By: _____
                                           Robert E. Gyemant

**TRIO INDUSTRIES HOLDINGS, LLC**

By: _[signature]_
Robert E. Gyemant

By: _[signature]_
Evan R. Daniels

By: _[signature]_
Robert E. Gyemant

**MINTZ & GOLD LLP**

By: _[signature]_

*Withdrawing attorneys for Defendants Trio Industries Management LLC, Trio Industries Holdings, LLC, Evan R. Daniels and Robert E. Gyemant*

2