UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERIT CAPITAL GROUP, LLC,

        Plaintiff,

- against -

TRIO INDUSTRIES MANAGEMENT, LLC, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/05
```

ORDER

04 Civ. 7690 (RCC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

  Following a telephone conference with the Court on June 24, 2005,

  **IT IS HEREBY ORDERED THAT**

  1) all document discovery shall be completed by **July 15, 2005**; and

  2) the deadline for discovery is extended to **August 31, 2005**.

**SO ORDERED this 24th day of June 2005**
New York, New York

                */s/ Ronald L. Ellis*
                The Honorable Ronald L. Ellis
                United States Magistrate Judge