UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
-------------------------------------------------------------------- x
MERIT CAPITAL GROUP, LLC,                              :
                                                       :   Index No. 04 CV 7690(RCC)
        Plaintiff,                                     :
                                                       :
        -against-                                     :
                                                       :   NOTICE OF APPEARANCE OF
TRIO INDUSTRIES MANAGEMENT, LLC, TRIO                  :   CO-COUNSEL
INDUSTRIES HOLDINGS, LLC, EVAN R.                      :
DANIELS and ROBERT E. GYEMANT,                         :
                                                       :
        Defendants.                                    :
-------------------------------------------------------------------- x   JUDGE RICHARD C. CASEY
TRIO INDUSTRIES MANAGEMENT, LLC and                    :
TRIO INDUSTRIES HOLDINGS, LLC,                         :
                                                       :
        Third Party Plaintiffs,                        :
                                                       :
        -against-                                     :
                                                       :
HARVEY M. BLOCH, ALFRED SALAZAR and                    :
THOMAS J. MANCUSO,                                     :
                                                       :
        Third Party Defendants.                        :
-------------------------------------------------------------------- x

      PLEASE TAKE NOTICE that David S. Frydman, Esq., Frydman LLC, 18 East

48th Street, 10th Floor, New York, New York 10017, (212) 355-9100, hereby appears as

co-counsel with Thompson Hine LLP as attorney of record for defendant Robert E. Gyemant.

Dated: New York, New York
January 9, 2006

                FRYDMAN LLC

By: _____
      David S. Frydman (DF-8095)
      Incoming Co-Counsel for Defendant
       Robert E. Gyemant
      18 East 48th Street, 10th Floor
      New York, New York 10017
      (212) 355-9100

## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

DAVID S. FRYDMAN, an attorney admitted before the Courts of New York State, affirms under the penalty of perjury, as follows:

1. I am not a party to this action, am over 18 years of age, and reside in New York State.

2. On January 9, 2006, I served a true copy of the enclosed Notice of Appearance of Co-Counsel, by hand delivery upon:

> Marc R. Rosen, Esq.
> Gersten Savage LLP
> Attorneys for Plaintiffs and Third-Party Defendants
> 600 Lexington Avenue
> New York, NY 10022

Affirmed to January 11, 2006

_____
DAVID S. FRYDMAN

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                     )ss.:
COUNTY OF NEW YORK )

LYNETTE PEREZ, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York State.

2. On January 11, 2006, I served a true copy of the enclosed Notice of Appearance of Co-Counsel, by regular mail upon:

> James P. Jalil, Esq.
> Thompson Hine LLP
> Attorneys for Defendants
> One Chase Manhattan Plaza
> New York, NY 10005
>
> Marc R. Rosen, Esq.
> Gersten Savage LLP
> Attorneys for Plaintiffs and Third-Party Defendants
> 600 Lexington Avenue
> New York, NY 10022

At the addresses designated by counsel by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York.

_____
LYNETTE PEREZ

Sworn to before me this
11th day of January, 2006

_____
Notary Public

DAVID S. FRYDMAN
Notary Public, State of New York
No. 02FR4992219
Qualified in Westchester County
Commission Expires February 24, 20__