UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
-----------------------------------------------------------x
MERIT CAPITAL GROUP, LLC,

        Plaintiff,

    -against-

TRIO INDUSTRIES MANAGEMENT, LLC, TRIO
INDUSTRIES HOLDINGS, LLC, EVAN R.
DANIELS and ROBERT E. GYEMANT,

        Defendants.
-----------------------------------------------------------x
TRIO INDUSTRIES MANAGEMENT, LLC and
TRIO INDUSTRIES HOLDINGS, LLC,

        Third Party Plaintiffs,

    -against-

HARVEY M. BLOCH, ALFRED SALAZAR and
THOMAS J. MANCUSO,

        Third Party Defendants.
-----------------------------------------------------------x

Index No. 04 CV 7690(RCC)

SO ORDERED CONSENT TO
CHANGE ATTORNEY

JUDGE RICHARD C. CASEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-06

RECEIVED JAN 2 2006 CHAMBERS OF RICHARD CONWAY CASEY

    IT IS HEREBY CONSENTED that David S. Frydman, Esq., Frydman LLC, 18

East 48th Street, 10th Floor, New York, New York 10017, (212) 355-9100, substitutes for

Shustak, Jalil & Heller as attorney of record for defendants Trio Industries Management, LLC, Trio Industries Holdings, LLC and Robert E. Gyemant.

Dated: New York, New York
         January 25, 2006

                        FRYDMAN LLC

                        By: _____
                              David S. Frydman (DF-8095)
                        Incoming-Counsel for Defendants Trio
                        Industries Management, LLC, Trio Industries
                        Holdings, LLC and Robert E. Gyemant
                        18 East 48th Street, 10th Floor
                        New York, New York 10017
                        (212) 355-9100


                        SHUSTAK, JALIL & HELLER

                        By: _____
                              James P. Jalil (JJ # ____)
                        Outgoing-Attorneys for Defendants Trio
                        Industries Management, LLC, Trio Industries
                        Holdings, LLC and Robert E. Gyemant
                        400 Park Avenue, 14th Floor
                        New York, New York 10022
                        (212) 688-5900

_____
ROBERT E. GYEMANT

TRIO INDUSTRIES MANAGEMENT, LLC

By: _____
Name: Robert E. Gyemant
Title:  Manager

TRIO INDUSTRIES HOLDINGS, LLC

By: _____
Name: Robert E. Gyemant
Title:  Manager

STATE OF TEXAS )
               ) ss.:
COUNTY OF DALLAS )

On the 19th day of January, 2006 before me personally came Robert E. Gyemant, to me known, who, being by me duly sworn, did depose and say, that he is a manager of Trio Industries Management, LLC and Trio Industries Holdings, LLC, the companies described in and which executed the within instrument and that he signed his name hereto, personally and in his corporate capacities.

_____
Notary Public



RICARDO SANTIAGO
Notary Public, State of Texas
My Commission Expires 05-23-08

SO ORDERED:

_____
RICHARD C. CASEY, USDJ

January 26, 2006

3