UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MERIT CAPITAL GROUP,

                    Plaintiff,

     - against -                                    ORDER

TRIO INDUSTRIES MANAGEMENT, et al.,                 04 Civ. 7690 (RCC) (RLE)

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/06

**RONALD L. ELLIS, United States Magistrate Judge:**

   **WHEREAS** defendant Evan Daniels ("Daniels") filed a motion for leave to participate telephonically in an upcoming conference with the Court, and for good cause shown,

   **IT IS HEREBY ORDERED** that Daniels may appear by telephone in the next conference.

**SO ORDERED** this 27th day of April 2006
New York, New York

                                           _____
                                           The Honorable Ronald L. Ellis
                                           United States Magistrate Judge