**MEMO ENDORSED**

June 18, 2006



Honorable Judge Richard C. Casey
United States District Court
Southern District Court of New York
500 Pearl Street
Chambers 1350
New York, New York 10007

        Re: Civil Action no. 04 CV 7690 (RCC) (RLE) Merit Capital Group, LLC vs. Trio Industries Management, LLC, Trio Industries Holdings, LLC, Evan R. Daniels, and Robert E. Gyemant. Request for pre-hearing conference on Daniels' MOTION FOR INTERLOCUTORY SUMMARY JUDGMENT

Dear Judge Casey:

I understand that a status conference has been scheduled in this matter for July 7, 2006. I am also aware that we are to proceed to mediation before that date on June 26, 2006. I have recently filed a Motion for an Interlocutory Summary Judgment which, itself, may require a pre-hearing conference. At least three separate dates require my presence in New York. Two of those dates will burden the schedule of your Court.

Would it be possible to schedule the status conference and a pre-hearing conference on my motion for a summary judgment on the same date? I am still without employment and technically indigent, However, I do want to attend both the Court hearings and the mediation session. Unfortunately, I will not be able to attend both the mediation and the hearings without a change in my economic circumstances.

I look forward to your reply and pledge my complete cooperation with your decision.

Respectfully,

*[signature]*

Evan R. Daniels
Pro Se.
11420 Chaucer Drive
Frisco Texas 75035
214-705-1581 (Home)
214-705-1582 (Fax)
214-762-0123 (Cell)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-06

*The above address and numbers have been valid and given to all of the parties since February of 2006.

*The July 7, 2006 conference will function as both a status conference and a premotion conference. Mr. Daniels may appear by telephone at the July 7 conference. So ordered.*

*[signature]*

June 27, 2006

