**GERSTEN SAVAGE LLP**



600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GSKNY.COM
WWW.GSKNY.COM

**MEMO ENDORSED**



July 5, 2006

<u>VIA HAND DELIVERY</u>
The Honorable Richard Conway Casey
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Merit Capital Group, LLC v. Trio Industries Management, LLC, et al.
            <u>Case No. 04 CIV 7690 (RCC)</u>

Dear Judge Casey:

    My firm represents plaintiff Merit Capital Group, LLC and third-party defendants Harvey Bloch and Alfred Salazar. I write to respectfully request an adjournment of the status conference currently scheduled before Your Honor on Friday, July 7, 2006. The parties have previously been instructed by the Court to attend mediation and to attend a conference before Magistrate Ellis prior to appearing before Your Honor. Although the parties have conducted mediation, the conference before Magistrate Ellis is scheduled to take place on July 25, 2006. Additionally, as a result of the mediation, it appears that a settlement may very well be reached prior to the conference with the Magistrate. For the foregoing reasons, we respectfully request an adjournment of the aforementioned status conference until a date in August convenient for the Court.

    Counsel for the Trio defendants and for Robert Gyemant, David Frydman, joins in this application. Evan Daniels, the *pro se* co-defendant, has refused to consent to this request. Your Honor's attention and consideration of this matter is greatly appreciated.

                                  Respectfully submitted,

                                    David Lackowitz (DAL 8591)

cc:    David Frydman
        via facsimile (212) 355-8988
        & regular mail

        Evan R. Daniels
        via facsimile (214) 705-1582
        & regular mail

*Handwritten endorsement:* Application granted. The status/premotion conference is hereby rescheduled to Friday August 4, 2006 at 10:30 A.M. Mr. Daniels may appear by telephone at the next conference. So ordered.

                                    Richard Conway Casey
                                      July 6, 2006

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260 T: 518-487-7600 F: 518-487-7777 | WWW.WOH.COM