UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Merit Capital Group, L.L.C.,

                            Plaintiff(s),

    -against-

Trio Industries Management, L.L.C., et al.,
                            Defendant(s).
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-06

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE
04 Civ. 7690 (RCC)(RLE)

    The above entititled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_X_ Referral is for discovery for the time period of: **3 Months** _____
* **All discovery is to be completed by 12-22-06.**

____ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

All such motions: _____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED : New York, New York
            September 25, 2006

*Richard Conway Casey*
_____
United States District Judge