CERTIFICATE OF SERVICE

    I, David S. Frydman, an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certify that on October 13, 2006, I caused the within Second Amended Answer, Counterclaims And Third Party Claims to be served upon the persons in the attached service list by Federal Express Overnight Delivery upon:

Robert S. Wolf, Esq.
Gersten Savage LLP
Attorneys for Plaintiffs and Third-Party Defendants
600 Lexington Avenue
New York, NY 10022

Mr. Evan R. Daniels.
Defendant *Pro Se*
1420 Chaucer Drive
Frisco, TX 75035

        ___S/_____
        DAVID S. FRYDMAN