## MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MERIT CAPITAL GROUP, LLC,

      Plaintiff,

 -against-

TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC,
EVAN R. DANIELS, and ROBERT E. GYEMANT,

      Defendants.
---------------------------------------------------------------X
TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC, and
EVAN R. DANIELS,

      Third Party Plaintiffs,

 -against-

HARVEY M. BLOCH, ALFRED SALAZAR
and THOMAS J. MANCUSO,

      Third Party Defendants.
---------------------------------------------------------------X

**SO ORDERED STIPULATION EXTENDING PLAINTIFF'S AND THIRD-PARTY DEFENDANTS', HARVEY M. BLOCH AND ALFRED SALAZAR, TIME TO RESPOND TO SECOND AMENDED ANSWER, COUNTERCLAIMS AND THIRD-PARTY CLAIMS**

Case No. 04 Civ. 7690 (RCC)

**JUDGE RICHARD C. CASEY**

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 10-27-06

IT IS HEREBY CONSENTED THAT the time for the Plaintiff, Merit Capital Group,

LLC and Third-Party Defendants, Harvey M. Bloch and Alfred Salazar, to respond to

Defendants'/Third-Party Plaintiffs', Trio Industries Management, LLC, Trio Industry Holdings,

# MEMO ENDORSED

LLC and Robert Gyemant, Second Amended Answer, Counterclaims and Third Party Claims be extended up to and including October 31, 2006.

Dated: New York, New York
October 24, 2006

FRYDMAN LLC

By: _____
David S. Frydman (DF 8095)
Counsel for Defendants Trio Industries
Management, LLC, Trio Industries
Holdings, LLC and Robert E. Gyemant
18 East 48th Street, 10th Floor
New York, New York 10017
(212) 355-9100

GERSTEN SAVAGE, LLP

By: _____
David Lackowitz (DAL 8591)
Counsel for Plaintiff Merit Capital Group,
LLC, and Third-Party Defendants, Harvey
M. Block and Alfred Salazar
600 Lexington Avenue, 9th Floor
New York, New York 10022
(212) 752-9700

Application granted.
SO ORDERED:

_____  Oct. 26, 2006
JUDGE RICHARD C. CASEY

2