UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERIT CAPITAL GROUP, LLC,

                Plaintiff,                                 **AFFIDAVIT OF SERVICE**

    -against-

TRIO INDUSTRIES MANAGEMENT, LLC,         Case No. 04 Civ. 7690 (RCC)
TRIO INDUSTRIES HOLDINGS, LLC,
EVAN R. DANIELS, and ROBERT E. GYEMANT,

                Defendants.
------------------------------------------------------------------X
TRIO INDUSTRIES MANAGEMENT, LLC,
TRIO INDUSTRIES HOLDINGS, LLC, and
EVAN R. DANIELS,

                Third Party Plaintiffs,

    -against-

HARVEY M. BLOCH, ALFRED SALAZAR
and THOMAS J. MANCUSO,

                Third Party Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK )
                ss.:
COUNTY OF NEW YORK)

      Howard L. Fiorella, being duly sworn, deposes and says:

      I am not a party to the within action, am over 18 years of age, and reside in New York.

      On October 31, 2006, I served a true copy of the Plaintiffs' and Third-Party Defendants' Reply to Counterclaims and Third Party Claims, dated October 31, 2006, on Evan R. Daniels, Defendant *Pro Se*, 11420 Chaucer Drive, Frisco, Texas 75035, and David Frydman, Esq., Frydman, LLC, Attorneys for Defendants Trio Industries Management, LLC,

Trio Industries Holdings, LLC and Robert E. Gyemant, 18 East 48th Street, 10th Floor, New York, New York 10017, by regular, first-class mail delivery.

_____
Howard L. Fiorella

Sworn to before me this
31st day of October, 2006

_____
Notary Public

RONA KARS
Notary Public, State of New York
No. 31-4719009
Qualified in New York County
Commission Expires Nov. 30, 2010