UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERIT CAPITAL GROUP, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>TRIO INDUSTRIES MANAGEMENT, LLC,<br>TRIO INDUSTRIES HOLDINGS, LLC,<br>EVAN R. DANIELS AND ROBERT E.<br>GYEMANT,<br><br>Defendants. | Civil Action no. 04 CV 7690 (RCC) (RLE)<br><br>NOTICE OF MOTION FOR DEFEDANT DANIELS TO APPEAR AT COURT CONFERENCE SET FOR FEBRUARY 9, 2007 VIA AUDIO TELECONFERENCE |

MOTION ALLOWING DEFEDANT DANIELS TO BE HEARD AT COURT
CONFERENCE ON FEBRUARY 9, 2007 VIA AUDIO CONFERENCE

I.
BACKGROUND FACTS

The above litigation is brought on by CEO Gyemant's unwillingness to pay Plaintiff the monies owed to them. Defendant Daniels does not want to cause any undue burden upon the court, but Defendant Daniels is not currently working and does not have the monies to travel to appear in front of the Honorable Judge Ronald L. Ellis. Though this litigation is vexatious at best, Defendant Daniels is being seriously disadvantaged and has tried vigorously to obtain new counsel without success and therefore must relay this information to the court and Defendant Daniels must continue to represent himself as Pro Se in the above matter. Defendant Daniels has had to short sale his home and received no monies from the sale which took place on February 1, 2006. Daniels is currently renting an apartment. Daniels is being forced to litigate in a venue other than Dallas, which is different than Daniels current dwelling city. Daniels is being forced by monetary circumstances to appear in front of this court Pro Se, which again seriously disadvantages Daniels from mounting a proper defense at such a late date.

Defendant Daniels was ordered to ask the court no later than one week before the hearing to ask for the courts permission to appear Via Telephone Conference on a hearing set for February 9, 2007. Defendant Daniels had tried to obtain counsel and until 12:00 PM CST on March 2, 2006, Defendant Daniels was not able to obtain counsel because of defendant's inability to pay for legal representation. Therefore, Defendant Daniels will send this motion certified delivery to the court for the Honorable Judge Richard C. Casey review of this request.

II.
DEFENDANT DANIELS IS ASKING FOR AN AUDIO TELECONFERENCE
ON FEBRUARY 9, 2007 @ 9:30 AM EST:

Respectfully submitted,

*[signature]*

Evan R. Daniels
Pro Se

*[handwritten note:]* Application granted. Defendant Daniels will appear telephonically for the February 9th conference. So ordered.

*[signature]* Richard Casey
Dec. 18, 2006

Certificate of Service
    This is to certify that a true and correct copy of the above and foregoing has been sent to counsel of record, via certified mail on December 12, 2006.



_____
Evan R. Daniels

Parties: Take note of the motion attached herewith and comply.

    Copies:    Honorable Judge Richard C. Casey (7006-2150-0003-0658-4410)
                        United States District Court
                        Southern District Court of New York
                        500 Pearl Street
                        Chambers 1350
                        New York, New York 10007

                        Robert Wolf (7006-2150-0003-0658-4427)
                        Gersten Savage LLP
                        600 Lexington Avenue
                        New York, New York 10022-6018

                        David S. Frydman (7006-0100-0005-6959-6664)
                        Frydman, LLC
                        18 East 48th Street, 10th Floor
                        New York, New York 10017
                        Fax 212-355-8988