UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Merit Capital Group                             )
                                                )        04-CV-7690
                     Plaintiff(s),              )
                                                )
              -against-                         )        ORDER
                                                )
Trio Industries                                 )
                     Defendant(s).              )
                                                )
----------------------------------------------------------------)
                                                X

**RICHARD CONWAY CASEY, United States District Judge:**

    The above case, previously scheduled for a status conference on Friday, February 9, 2007

at 9:30am, is adjourned to Friday, March 23, 2007 at 9:30am. If this date and time is

inconvenient, please contact Michael Brantley at 212-805-0569.


**So Ordered:**  New York, New York
              February 2, 2007

                                      _Richard Conway_
                                      Richard Conway Casey, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-07