UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERIT CAPITAL GROUP, L.L.C.,

        Plaintiff,

-against-

TRIO INDUSTRIES MANAGEMENT, L.L.C., et al.,

        Defendants.

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

04 Civ. 7690 (RCC)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-22-07

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

      Also includes the dispute between the Trio Defendants and their counsel.

_____ Specific Non-Dispositive Motion/Dispute:*
Re:

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____ Settlement*

_____ Inquest After Default / Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
            March 22, 2007

                                              _____
                                              United States District Judge