UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERIT CAPITAL GROUP, L.L.C.,

                           Plaintiff,

- against -

TRIO INDUSTRIES MANAGEMENT, L.L.C., et al.,

                           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/07

**ORDER**

04 Civ. 7690 (RCC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on May 1, 2007, and for good cause shown,

**IT IS HEREBY ORDERED** that

1) attorney, David Frydman's request to be relieved as counsel for defendants is **GRANTED**, upon his providing this order to his clients;

2) individual defendant Robert Gyemant provide a sworn affirmation identifying the party who has authority or control of Trio Industries Management, L.L.C. and Trio Industries Holdings, L.L.C. by **May 8, 2007**; and

3) Trio Industries Management, L.L.C., and Trio Industries Holdings, L.L.C. inform the Court whether they will proceed in defense of this case with substitute counsel by **May 18, 2007**, failure to defend this case will result in a default judgment.

**SO ORDERED this 1st day of May 2007**
New York, New York

*[signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge